Fulvio F. Cajina (SBN 289126)
LAW OFFICES OF FULVIO F. CAJINA
528 Grand Avenue
Oakland, CA 94610
Tel: 415-601-0779
Fax: 510-225-2636
Email: fulvio@cajinalaw.com

Attorney for Plaintiffs PAUL MOTEKAITIS and
CARRI MANGELLI KNEASS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MOTEKAITIS, an individual; and CARRI MANGELLI KNEASS, an individual. | CASE NO.: 3:24-cv-00885-RS |
| Plaintiffs, | **STIPULATION TO AMEND PROPOSED CASE SCHEDULE AND ORDER SETTING INITIAL CASE SCHEDULE** |
| vs. | |
| USI INSURANCE SERVICES NATIONAL, INC., a North Carolina corporation; JAMES D. KANE, an individual; KAREN MONDSHINE, an individual; and DOES 1 to 50, inclusive, | |
| Defendants. | |

WHEREAS, Counsel for Plaintiffs Paul Motekaitis and Carri Mangelli Kneass, and counsel for Defendants USI Insurance Services, LLC (erroneously sued as USI Insurance Services National, Inc.), James P. Kane (erroneously sued as James D. Kane), and Karen Mondshine (collectively, the "Parties") previously proposed a case schedule in the Parties' Joint Case Management Statement filed on May 9, 2024;

WHEREAS, the Court has not issued an initial case scheduling order in this case and no dates have been set;

1

**STIPULATION TO AMEND PROPOSED CASE SCHEDULE AND ORDER SETTING INITIAL CASE SCHEDULE**

1    WHEREAS, the Parties have met and conferred and wish to amend the previously

2    proposed case schedule;

3    NOW, THEREFORE, the Parties stipulate and propose that the Court adopt the following

4    schedule as its initial case scheduling order.

5    Deadline for Amended Pleadings:              August 15, 2024

6    Close of Non-Expert Discovery:               March 3, 2025

7    Deadline to File Dispositive Motions:        April 7, 2025

8    Expert Disclosure:                           June 9, 2025

9    Rebuttal Expert Disclosure:                  June 30, 2025

10   Close of Expert Discovery:                   July 31, 2025

11   Pretrial Conference Statement:               September 10, 2025

12   Pretrial Conference:                         September 24, 2025

13   Trial:                                       October 6, 2025

14

15

16   Dated: July 1, 2024                          ALLEN MATKINS LECK GAMBLE

17                                                MALLORY & NATSIS LLP

18                                    By:    /s/ Baldwin J. Lee
                                             BALDWIN J. LEE
19                                           Attorneys for Defendants
                                             USI Insurance Services, LLC; James P.
20                                           Kane; and Karen Mondshine

21

22   Dated: July 1, 2024                          LAW OFFICES OF FULVIO F. CAJINA

23                                    By:    /s/ Fulvio F. Cajina
                                             FULVIO F. CAJINA
24                                           Attorneys for Plaintiffs
                                             Paul Motekaitis and Carri Mangelli Kneass
25

26

27

28
                                             2
     **STIPULATION TO AMEND PROPOSED CASE SCHEDULE AND  ORDER
     SETTING INITIAL CASE SCHEDULE**

1

**ORDER**

2       Based on the parties' stipulation, and with good cause appearing therefor, IT IS HEREBY

3  ORDERED that the Parties' initial case scheduling order shall be:

4

| | |
|---|---|
| 5      Deadline for Amended Pleadings: | August 15, 2024 |
| 6      Close of Non-Expert Discovery: | March 3, 2025 |
| 7      Deadline to File Dispositive Motions: | April 7, 2025 |
| 8      Expert Disclosure: | June 9, 2025 |
| 9      Rebuttal Expert Disclosure: | June 30, 2025 |
| 10     Close of Expert Discovery: | July 31, 2025 |
| 11     Pretrial Conference Statement: | September 10, 2025 |
| 12     Pretrial Conference: | September 24, 2025 |
| 13     Trial: | October 6, 2025 |

14

15

16  IT IS SO ORDERED.

17  Dated:  July 1, 2024 _____

18                         Hon. Richard Seeborg

19

20

21

22

23

24

25

26

27

28

3

**STIPULATION TO AMEND PROPOSED CASE SCHEDULE AND ORDER
SETTING INITIAL CASE SCHEDULE**